FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2012 SEP 28 PM 2:28
WAYCROSS DIVISION

CLERK_____
SO. DIST. OF GA.

RICKY MITCHELL,        )
                       )
        Petitioner,    )
                       )
v.                     )        CASE NOS. CV512-049
                       )                  CR597-003
UNITED STATES OF AMERICA,  )
                       )
        Respondent.    )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 6), to which objections have been
filed (Doc. 8). After a careful de novo review of the
record, the Court concludes that Petitioner's objections
are without merit. Accordingly, the report and
recommendation is **ADOPTED** as the Court's opinion in this
case. As a result, Respondent's Motion to Dismiss is
**GRANTED** and the 28 U.S.C. § 2255 Petition is **DISMISSED.**
The Clerk of Court is **DIRECTED** to close this case.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be
taken in this matter unless the court issues a Certificate
of Appealability. This certificate may issue only if
Petitioner has made a substantial showing of the denial of
a constitutional right. Slack v. McDaniel, 529 U.S. 473,
484 (2000). After careful consideration, the Court finds

no issues in this case that merit the issuance of a Certificate of Appealability. As a result, any request for leave to appeal in forma pauperis must be **DISMISSED AS MOOT**.

SO ORDERED this 28ᵗʰ day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA